**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**John Paul WILSON,
Defendant-Appellant.**

No. 81–1117.

United States Court of Appeals,
Ninth Circuit.

June 28, 1982.

ORDER WITHDRAWING OPINION

Before WRIGHT and FLETCHER, Circuit Judges, and EAST, Senior District Judge.

The opinion filed February 1, 1982, 9 Cir., 666 F.2d 1241, is withdrawn. The cause is resubmitted to this panel effective July 1, 1982. Oral argument will not be directed unless the court should so order.